

FILED

09/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0554

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0554

STATE OF MONTANA,

Plaintiff and Appellee,

FILED

SEP 29 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

v.                                          O R D E R

THOMAS JOSEPH SCHIFFERNS,

Defendant and Appellant.

Counsel for the Appellant Thomas Joseph Schifferns filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Schifferns was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in Schifferns' appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Schifferns personally.

DATED this 29 day of September, 2020.

_____
Chief Justice

_____

Justices